# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** Deborah L. Thorne

**Hearing Date** 6/5/19

**Bankruptcy Case** 16-34776

**Adversary No.** 18-00285

**Title of Case** Halfpenny v. Seterus, Inc.

**Brief Statement of Motion** Adversary Complaint - Status Hearing - Oral Motion to Dismiss

**Names and Addresses of moving counsel** Joseph Davidson, Sulaiman Law Group, Ltd
2500 S. Highland Ave., Suite 200, Lombard, IL 60148

**Representing** Sharon Halfpenny

## ORDER

On Plaintiff's Oral Motion, Plaintiff's Adversary Complaint against Seterus, Inc. is dismissed without prejudice.

*/s/ Deborah A. Thorne*